AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GAMEVICE, INC., a Delaware corporation, <br><br> *Plaintiff(s)* <br> v. <br><br> NINTENDO CO., LTD., a Japanese corporation, and NINTENDO OF AMERICA, INC., a Washington corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-5923-R-FFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nintendo of America, Inc.
c/o C T Corporation System
818 W 7TH St., Ste 930
Los Angeles CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
Christopher A. Mathews (Bar No. 144021)
Bruce R. Zisser (Bar No. 180607)
Scott Florance (Bar No. 227512)
865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/10/2017

G.HUNT
*Signature of Clerk or Deputy Clerk*